In the Matter of Newton I. HOWLE, Jr.

(372 S. E. (2d) 99)

Supreme Court

Sept. 21, 1988.

## ORDER

Based upon recommendation of the Committee on Character and Fitness, the above entitled individual is hereby reinstated to the practice of law in South Carolina upon the

condition that he continue to receive treatment from a Board-certified psychiatrist and that he quarterly submit to the Clerk of the Supreme Court a medical statement from said psychiatrist that he has experienced no recurrence of manic depressive episodes.